16 A.3d 499

**Bobby HARRIS, Respondent**

v.

**COMMONWEALTH of Pennsylvania, PHILADELPHIA COURT OF COMMON PLEAS, FAMILY COURT JUVENILE BRANCH, Petitioner.**

**No. 165 EM 2010.**

Supreme Court of Pennsylvania.

March 30, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of March, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**